**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

J.A.,                                                   : No. 367 MAL 2023
                                                        :
                    Petitioner                          :
                                                        :
                                                        : Petition for Allowance of Appeal
                                                        : from the Order of the Superior Court
            v.                                          :
                                                        :
                                                        :
MONTGOMERY COUNTY, HORSHAM                              :
CLINIC, PENNSYLVANIA STATE POLICE,                      :
BRYN MAWR HOSPITAL, MONTGOMERY                          :
COUNTY EMERGENCY SERVICE,                               :
                                                        :
                    Respondents                         :

**ORDER**

**PER CURIAM**

     **AND NOW**, this 20th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.